**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2846 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 162 DB 2021 |
| | : | |
| | : | Attorney Registration No. 312642 |
| v. | : | |
| | : | (Cumberland County) |
| | : | |
| SCOTT MICHAEL JOCKEN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Scott Michael Jocken is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).